**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| **Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-2** | **CIVIL ACTION NO:** |
| **Plaintiff** | **COMPLAINT** |
| **vs.** | **RE:**<br>**2 Pilgrim Road, Westbrook, ME 04092** |
| **Matthew R. Gautreau** | **Mortgage:**<br>**June 19, 2014**<br>**Book 31593, Page 27**<br>**Cumberland County Registry of Deeds** |
| **Defendant** | |

NOW COMES the Plaintiff, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-2, by and through its attorneys, Doonan, Graves & Longoria, LLC, and hereby complains against the Defendant, Matthew R. Gautreau, as follows:

## JURISDICTION AND VENUE

1. This Court has jurisdiction over this action pursuant 28 U.S.C. § 1332(a)(1) (Diversity) because the Plaintiff and Defendant are citizens of different states and the matter in controversy exceeds the sum or value of seventy-five thousand and 00/100 ($75,000.00) dollars, exclusive of interest and costs. Any Court of the United States, upon the filing of an appropriate pleading, may declare the rights and other legal relations of any interested party seeking such declaration, whether or not further relief is or could be sought under 28 U.S.C. § 2201.

2. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1) because the object of this litigation is a Note executed under seal currently owned and held by Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-2, in which the Defendant, Matthew R. Gautreau, is the obligor and the total amount owed under the terms of the Note is One Hundred Fifty-Two Thousand Three Hundred Eighty-Seven and 26/100 ($152,387.26) Dollars, plus attorney fees and costs associated with the instant action; thus, the amount in controversy exceeds the jurisdictional threshold of seventy-five thousand ($75,000.00) dollars.

3. Venue is properly exercised pursuant to 28 U.S.C. §1391(b)(2) insofar as all or a substantial portion of the events that give rise to the Plaintiff's claims transpired in Maine and the property is located in Maine.

## PARTIES

4. Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-2 is a Federally Chartered Corporation and as such this Court also has jurisdiction over this matter, with its main/principal place of business located at 8200 Jones Branch Drive, McLean, VA 22102.

5. The Plaintiff in this matter does claim that it possesses Diversity jurisdiction. Additionally, this Honorable Court has jurisdiction over this action under the so-called "sue and be sued clause" (Federal Question Jurisdiction) 28 U.S.C. §§ 1345, 1442, 1452(c) and 1454. See also, *Lightfoot v. Cendant Mortgage Corp.*, 580 U.S. 82, 137 S.Ct. 553, 564 (2017).

6. Plaintiff, Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-2 is a private

corporation founded by Congress, currently under conservatorship under the direction of the Federal Housing Agency with its main/principal place of business located at 8200 Jones Branch Drive, McLean, VA 22102.

7. The Defendant, Matthew R. Gautreau, is a resident of Westbrook, County of Cumberland and State of Maine.

## FACTS

8. On August 17, 2006, by virtue of a Warranty Deed from William G Curry II and Cindy Curry, which is recorded in the Cumberland County Registry of Deeds in **Book 24285, Page 318**, the property situated at 2 Pilgrim Road, City/Town of Westbrook, County of Cumberland, and State of Maine, was conveyed to Matthew Gautreau, being more particularly described by the attached legal description. *See* Exhibit A (a true and correct copy of the legal description is attached hereto and incorporated herein).

9. On June 19, 2014, Defendant, Matthew R. Gautreau, executed and delivered to Homestead Mortgage Loans, Inc a certain Note under seal in the amount of $184,800.00. *See* Exhibit B (a true and correct copy of the Note is attached hereto and incorporated herein).

10. To secure said Note, on June 19, 2014, Defendant, Matthew R. Gautreau, executed a Mortgage Deed in favor of Mortgage Electronic Registration Systems as Nominee for Homestead Mortgage Loans, Inc., securing the property located at 2 Pilgrim Road, Westbrook, ME 04092 which Mortgage Deed is recorded in the Cumberland County Registry of Deeds in **Book 31593**, **Page 27**. *See* Exhibit C (a true and correct copy of the Mortgage is attached hereto and incorporated herein).

11. The Mortgage was then assigned to Nationstar Mortgage, LLC by virtue of an Assignment of Mortgage dated April 25, 2017, and recorded in the Cumberland County Registry of Deeds in **Book 33963**, **Page 324** arguably ineffective under *Greenleaf*. *See* Exhibit D (a true

and correct copy of the Assignment of Mortgage is attached hereto and incorporated herein).

12. The Mortgage was further assigned to Nationstar Mortgage, LLC by virtue of a Quitclaim Assignment dated October 2, 2017, and recorded in the Cumberland County Registry of Deeds in **Book 34392**, **Page 339**. *See* Exhibit E (a true and correct copy of the Quitclaim Assignment is attached hereto and incorporated herein).

13. The Mortgage was then assigned to Select Portfolio Servicing, Inc. by virtue of an Assignment of Mortgage dated December 6, 2018, and recorded in the Cumberland County Registry of Deeds in **Book 35335**, **Page 255**. *See* Exhibit F (a true and correct copy of the Assignment of Mortgage is attached hereto and incorporated herein).

14. The Mortgage was then assigned to Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans structured transaction Trust Series 2020-2 by virtue of an Assignment of Mortgage dated June 27, 2023, and recorded in the Cumberland County Registry of Deeds in **Book 40218**, **Page 30**. *See* Exhibit G (a true and correct copy of the Assignment of Mortgage is attached hereto and incorporated herein).

15. On July 29, 2026, the Defendant, Matthew R. Gautreau, was sent a Notice of Mortgagor's Right to Cure, as evidenced by the Certificate of Mailing (herein after referred to as the "Demand Letter"). *See* Exhibit H (a true and correct copy of the Demand Letter is attached hereto and incorporated herein).

16. The Demand Letter informed the Defendant, Matthew R. Gautreau, of the payment due date, the total amount necessary to cure the default, and the deadline by which the default must be cured, which was thirty-five (35) days from receipt of the Demand Letter. *See* Exhibit H.

17. The Defendant, Matthew R. Gautreau, failed to cure the default prior to the expiration of the Demand Letter.

18. The Plaintiff, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-2, is the present holder of the Note pursuant to endorsement by the previous holder (if applicable), payment of value and physical possession of the Note in conformity with 11 M.R.S. § 3-1201, et seq., and *Simansky v. Clark*, 147 A. 205, 128 Me. 280 (1929).

19. The Plaintiff, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-2, hereby certifies it is the lawful holder and owner of the Note and Mortgage.

20. The Plaintiff, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-2, hereby certifies that all steps mandated by law to provide notice to the mortgagor pursuant to 14 M.R.S.A. § 6111 and/or Note and Mortgage were strictly performed.

21. The total debt owed under the Note and Mortgage as of September 11, 2026, if no payments are made is One Hundred Fifty-Two Thousand Three Hundred Eighty-Seven and 26/100 ($152,387.26) Dollars, which includes:

| Description | Amount |
|---|---|
| Principal Balance | $140,938.83 |
| Interest | $4,870.32 |
| Legal Fees | $187.24 |
| Total Advances | $2,652.65 |
| Escrow Advance | $3,698.05 |
| Interest on Advances | $40.17 |
| Grand Total | $152,387.26 |

22. Upon information and belief, the Defendant, Matthew R. Gautreau, is presently in possession of the subject property originally secured by the Mortgage.

## COUNT I – FORECLOSURE AND SALE

23. The Plaintiff, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-2, repeats and re-alleges paragraphs 1 through 22 as if fully set forth herein.

24. This is an action for foreclosure and sale respecting a real estate related Mortgage and title located at 2 Pilgrim Road, Westbrook, County of Cumberland, and State of Maine. *See* Exhibit A.

25. The Plaintiff, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-2, is the holder of the Note referenced in Paragraph 9 pursuant to endorsement by the previous holder (if applicable) and physical possession of the aforesaid Note in conformity with Title 11, section 3-1201, et seq. of the Maine Revised Statutes and *Simansky v. Clark*, 147 A. 205, 128 Me. 280 (1929). As such, Plaintiff, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-2, has the right to foreclosure and sale upon the subject property.

26. The Plaintiff, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-2, hereby certifies it is the current owner and investor of the aforesaid Mortgage and Note.

27. The Defendant, Matthew R. Gautreau, is presently in default on said Mortgage and Note, having failed to make the monthly payment due January 1, 2026, and all subsequent payments, and, therefore, has breached the condition of the aforesaid Mortgage and Note.

28. The total debt owed under the Note and Mortgage as of September 11, 2026, if no payments are made is One Hundred Fifty-Two Thousand Three Hundred Eighty-Seven and 26/100 ($152,387.26) Dollars.

29. The record established through the Cumberland County Registry of Deeds indicates that there are no public utility easements recorded subsequent to the Mortgage and prior to the commencement of these proceedings affecting the mortgaged premises at issue herein.

30. By virtue of the Defendant, Matthew R. Gautreau's, breach of condition, the Plaintiff hereby demands a foreclosure and sale on said real estate.

31. Notice in conformity with 14 M.R.S.A. § 6111 and/or Note and Mortgage was sent to the Defendant, Matthew R. Gautreau, on July 29, 2026, evidenced by the Certificate of Mailing. *See* Exhibit H.

32. The Defendant, Matthew R. Gautreau, is not in the Military as evidenced by the attached Exhibit I.

33. If the Defendant has received a Bankruptcy Discharge of this Debt, the Court should enter an Order finding that this action does not seek any personal liability on the part of the Defendant, but only seeks *in rem* judgment against the property.

## COUNT II – BREACH OF NOTE

34. The Plaintiff, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-2, repeats and re-alleges paragraphs 1 through 33 as if fully set forth herein.

35. On June 19, 2014, the Defendant, Matthew R. Gautreau, executed under seal and delivered to Homestead Mortgage Loans, Inc a certain Note in the amount of $184,800.00. *See* Exhibit B.

36. The Defendant, Matthew R. Gautreau, is in default for failure to properly tender the January 1, 2026, payment and all subsequent payments. *See* Exhibit H.

37. The Plaintiff, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-2, is the proper holder of the Note and is entitled to enforce the terms and conditions of the Note due to its breach by the Defendant, Matthew R. Gautreau.

38. The Defendant, Matthew R. Gautreau, having failed to comply with the terms of the Note and Mortgage, is in breach of both the Note and the Mortgage.

39. The Defendant, Matthew R. Gautreau's, breach is knowing, willful, and continuing.

40. The Defendant, Matthew R. Gautreau's, breach has caused Plaintiff, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-2, to suffer actual damages, including, but not limited to money lent, interest, expectancy damages, as well as attorney's fees and costs.

41. The total debt owed under the Note and Mortgage as of September 11, 2026, if no payments are made, is One Hundred Fifty-Two Thousand Three Hundred Eighty-Seven and 26/100 ($152,387.26) Dollars.

42. Injustice can only be avoided by awarding damages for the total amount owed under the Note including interest, plus costs and expenses, including attorney fees.

43. If the Defendant has received a Bankruptcy Discharge of this Debt, the Court should enter an Order finding that this action does not seek any personal liability on the part of the Defendant, but only seeks *in rem* judgment against the property.

## COUNT III – BREACH OF CONTRACT, MONEY HAD AND RECEIVED

44. The Plaintiff, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-2, repeats and re-alleges paragraphs 1 through 43 as if fully set forth herein.

45. By executing, under seal, and delivering the Note, the Defendant, Matthew R. Gautreau, entered into a written contract with Homestead Mortgage Loans, Inc, who agreed to loan the amount of $184,800.00 to the Defendant. *See* Exhibit B.

46. As part of this contract and transaction, the Defendant, Matthew R. Gautreau, executed the Mortgage to secure the Note and the subject property. *See* Exhibit C.

47. The Plaintiff, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-2, is the proper holder of the Note and successor-in-interest to Homestead Mortgage Loans, Inc, and has performed its obligations under the Note and Mortgage.

48. The Defendant, Matthew R. Gautreau, breached the terms of the Note and Mortgage by failing to properly tender the January 1, 2026, payment and all subsequent payments. *See* Exhibit H.

49. The Plaintiff, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-2, is the proper holder of the Note, and is entitled to enforce the terms and conditions of the Note due to its breach by the Defendant, Matthew R. Gautreau.

50. The Defendant, Matthew R. Gautreau, having failed to comply with the terms of the Note and Mortgage, is in breach of contract.

51. The Defendant, Matthew R. Gautreau, is indebted to Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-2 in the sum of One Hundred Fifty-Two Thousand Three Hundred Eighty-Seven and 26/100 ($152,387.26) Dollars, for money lent by the Plaintiff, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-2, to the Defendant.
52. Defendant, Matthew R. Gautreau's, breach is knowing, willful, and continuing.
53. Defendant, Matthew R. Gautreau's, breach has caused Plaintiff, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-2, to suffer actual damages, including, but not limited to money lent, interest, expectancy damages, as well as attorney's fees and costs.
54. The total debt owed under the Note and Mortgage as of September 11, 2026, if no payments are made, is One Hundred Fifty-Two Thousand Three Hundred Eighty-Seven and 26/100 ($152,387.26) Dollars.
55. Injustice can only be avoided by awarding damages for the total amount owed under the Note and Mortgage, and for money had and received, including interest, plus costs and expenses, including attorney fees.
56. If the Defendant has received a Bankruptcy Discharge of this Debt, the Court should enter an Order finding that this action does not seek any personal liability on the part of the Defendant but only seeks *in rem* judgment against the property.

## COUNT IV –UNJUST ENRICHMENT

57. The Plaintiff, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-2, repeats and re-alleges paragraphs 1 through 56 as if fully set forth herein.

58. Homestead Mortgage Loans, Inc, predecessor-in-interest to Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-2, loaned the Defendant, Matthew R. Gautreau, $184,800.00. *See* Exhibit B.

59. The Defendant, Matthew R. Gautreau, has failed to repay the loan obligation.

60. As a result, the Defendant, Matthew R. Gautreau, has been unjustly enriched to the detriment of the Plaintiff, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-2 as successor-in-interest to Homestead Mortgage Loans, Inc by having received the aforesaid benefits and money and not repaying said benefits and money.

61. As such, the Plaintiff, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-2, is entitled to relief.

62. If the Defendant has received a Bankruptcy Discharge of this Debt, the Court should enter an Order finding that this action does not seek any personal liability on the part of the Defendant, but only seeks *in rem* judgment against the property.

## PRAYERS FOR RELIEF

WHEREFORE, the Plaintiff, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-2, prays this Honorable Court:

a) Issue a judgment of foreclosure and sale in conformity with Title 14 § 6322;

b) Determine the amount due and priority of any Parties-In-Interest that appear in this matter;

c) Grant possession to the Plaintiff, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-2, upon the expiration of the period of redemption;

d) Find that the Defendant, Matthew R. Gautreau, is in breach of the Note by failing to make payment due as of January 1, 2026, and all subsequent payments;

e) Find that the Defendant, Matthew R. Gautreau, is in breach of the Mortgage by failing to make payment due as of January 1, 2026, and all subsequent payments;

f) Find that the Defendant, Matthew R. Gautreau, entered into a contract for a sum certain in exchange for a security interest in the subject property;

g) Find that the Defendant, Matthew R. Gautreau, is in breach of contract by failing to comply with the terms and conditions of the Note and Mortgage by failing to make the payment due January 1, 2026, and all subsequent payments;

h) Find that the Plaintiff, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-2, is entitled to enforce the terms and conditions of the Note and Mortgage;

i) Find that by virtue of the money retained by the Defendant, Matthew R. Gautreau has been unjustly enriched at the Plaintiff's expense;

j) Find that such unjust enrichment entitles the Plaintiff, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-2, to restitution;

k) Find that the Defendant, Matthew R. Gautreau, is liable to the Plaintiff, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-2, for money had and received;

l) Find that the Defendant, Matthew R. Gautreau, has appreciated and retained the benefit of the Mortgage and the subject property;

m) Find that it would be inequitable for the Defendant, Matthew R. Gautreau, to continue to appreciate and retain the benefit of the Mortgage, Note and subject property without recompensing the appropriate value;

n) Find that the Plaintiff, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-2, is entitled to restitution for this benefit from the Defendant, Matthew R. Gautreau;

o) Determine the amount due on said Mortgage and Note, including principal, interest, reasonable attorney's fees and court costs;

p) Additionally, issue a money judgment against the Defendant, Matthew R. Gautreau, and in favor of the Plaintiff, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-2, in the amount of One Hundred Fifty-Two Thousand Three Hundred Eighty-Seven and 26/100 ($152,387.26 Dollars, the total debt owed under the Note plus interest and costs including attorney's fees and costs (If the Defendant has received a Bankruptcy Discharge of this Debt, the Court should enter an Order finding that this action does not seek any personal liability on the part of the Defendant, but only seeks *in rem* judgment against the property);

q) For such other and further relief as this Honorable Court deems just and equitable.

Respectfully Submitted,
Federal Home Loan Mortgage Corporation,
as Trustee for the benefit of the Freddie Mac
Seasoned Loans Structured Transaction Trust,
Series 2020-2,
By its attorneys,

Dated: September 17, 2026

/s/Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq. Bar No. 005746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
RJL@dgandl.com